IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

KING A. GREEN,

      Appellant,

 v.

STATE OF FLORIDA,

      Appellee.

Case No.  5D23-607
LT Case No. 1989-CF-9344

_____/

Decision filed April 18, 2023

3.800 Appeal from the Circuit Court
for Duval County,
London M. Kite, Judge.

King A. Green, Cross City, pro se.

No Appearance for Appellee.


PER CURIAM.

    AFFIRMED.


WALLIS, EISNAUGLE and KILBANE, JJ., concur.